IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 NOV -8  PM 4:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | Crim. No. 93-20133-D |
| v. | * | |
| WALTER RUIZ-LOAIZA, | * | |
| Defendant. | * | |
| | * | |

## ORDER DISMISSING INDICTMENT

Upon motion of the United States, the indictment in the above-styled case is DISMISSED.

IT IS SO ORDERED, this 7th day of November, 2005.

_____
BERNICE B. DONALD
United States District Judge

APPROVED:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/9/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:93-CR-20133 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Paul M. O'Brien
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT